**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

FRANK BRETT,

        Plaintiff,

v.                                                                    Case No: 6:15-cv-638-Orl-40KRS

U.S. MARSHAL GARCIA, MR.
ROCKWELL, MR. GUZMAN, MR.
VASQUEZ, WILLIAM GREEN, MR.
GREY, WHITE MAN FROM MICHIGAN,
ORLANDO RESCUE MISSION,
POLICE OFFICER PROBST, JOHN
WHITE and MIRANDA,

        Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) filed on April 21, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed May 5, 2015 (Doc. 5), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3.    The Complaint (Doc. 1) is **DISMISSED**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 26, 2015.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties